UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rosemary West-Bowlson,

    Plaintiff,

v.                                                                Case No. 13-13584

U.S. Bank, National                                  Honorable Sean F. Cox
Association and Ocwen                           Magistrate Judge Mona K. Majzoub
Loan Servicing, LLC,

    Defendants.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a case regarding a mortgage foreclosure of real property. On or about August 5, 2013, Plaintiff Rosemary West-Bowlson filed a complaint in the Oakland County Circuit Court commencing action against Defendants U.S. Bank, National Association and Ocwen Loan Servicing, LLC. On August 12, 2013, Plaintiff amended her complaint, specifically challenging foreclosure proceedings regarding real property located at 17101 Anna Street in Southfield, MI.

On August 20, 2013, Defendants removed the case to this Court. (Doc. # 1). On October 22, 2013, Plaintiff filed a Petition to Remand the Case to the State of Michigan (Doc. #4), which Defendants responded to on October 28, 2013. (Doc. #7).

On October 28, 2013, Defendants filed a Motion to Dismiss the Complaint. (Doc. #6). Plaintiff filed a Response to Defendant's Motion to Dismiss on February 3, 2014. (Doc. #16). On February 20, 2014, Defendants filed a Reply in support of their Motion to Dismiss. (Doc. #17).

On February 3, 2014, Plaintiff filed a Motion to Remand. (Doc. #15). Defendants filed a

1

Response to Plaintiff's Motion to Remand on February 20, 2014. (Doc. #18).

All three of these motions were referred to Magistrate Judge Mona K. Majzoub for issuance of a Report and Recommendation pursuant to E.D. Mich. L.R. 7.1(f)(2). (Doc. #19).

On June 11, 2014, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") wherein she recommended that this Court DENY Plaintiff's Petition to Remand Case to State of Michigan, DENY Plaintiff's Motion to Amend Complaint and Remand, GRANT Defendant's Motion to Dismiss, and DISMISS this matter in its entirety. (Doc. #21).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the June 11, 2014 R&R. IT IS ORDERED that Plaintiff's Petition to Remand Case to State of Michigan is DENIED, Plaintiff's Motion to Amend Complaint and Remand is DENIED, Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED in its entirety.

**IT IS SO ORDERED.**

S/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated:  July 8, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on

2

July 8, 2014, by electronic and/or ordinary mail.

               S/Jennifer McCoy
               Case Manager